**Order entered November 8, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00408-CV

## DAVID AND LYDIA MAIN, Appellant

## V.

## GILBERT ESPINOSA DBA ESPINOSA TRUCKING, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-08276

## ORDER

The reporter's record is past due. Because appellants indicated on their docketing statement filed with this Court that they did not request the record, we **ORDER** the appeal be submitted without the reporter's record. Appellants shall file their brief on the merits **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Sheretta Martin, Official Court Reporter of the 162nd Judicial District Court, and all parties.

/s/    BONNIE LEE GOLDSTEIN
          JUSTICE